# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

|  |  |
|---|---|
| **HON. CLAUDE EARL WALKER, Attorney General of the Virgin Islands of the United States, in his official capacity; and the GOVERNMENT OF THE VIRGIN ISLANDS OF THE UNITED STATES,**<br><br>Petitioners,<br><br>v.<br><br>**AMERICAN EXPRESS CENTURION BANK and AMERICAN EXPRESS BANK, FSP.,**<br><br>Respondents. | Civil Action No. 2018-0001 |

**Attorneys:**
**Carol Thomas-Jacobs, Esq.,**
St. Thomas, U.S.V.I.
**David I. Ackerman, Esq.,**
Washington, D.C.
    *For Petitioners*

**Chad C. Messier, Esq.,**
St. Thomas, U.S.V.I.
**David S. Lesser, Esq.,**
New York, N.Y.
**David W. Ogden, Esq.,**
Washington, D.C.
    *For Respondents*

## ORDER

**UPON CONSIDERATION** of the Magistrate Judge's Report and Recommendation ("R&R") (Dkt. No. 20); "Respondents' Objections to Report And Recommendation" (Dkt. No. 22); Petitioners' Response thereto (Dkt. No. 34); and Respondents' Reply (Dkt. No. 35); and for the reasons set forth in the Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that the Magistrate Judge's R&R is **REJECTED**; and it is further

2

**ORDERED** that this Court shall retain jurisdiction over this case; and it is further

**ORDERED** that Petitioners shall have up to and including **October 2, 2020** within which to file supplemental briefing regarding the merits of their Petition, including any impact that the intervening proceedings in the New York state court system has on the matter; and it is further

**ORDERED** that Respondents shall have up to and including **October 16, 2020** within which to file their Response; and it is further

**ORDERED** that Petitioners shall have up to and including **October 23, 2020** within which to file any Reply.

**SO ORDERED.**

Date:   September 17, 2020                        _____/s/_____
                                                  WILMA A. LEWIS
                                                  Chief Judge